2/24/04
HMC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | M.J. No. 04-1671-CBS |
| v. ) | |
| 1. EDWIN RODRIGUEZ, ) A/K/A "KING CHOLO", and ) | |
| 2. JOSUE RODRIGUEZ, ) A/K/A "PERRO" ) | |

GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the complaint in the above captioned matter. In support of this motion, the government states that the complaint was sealed, at the government's request, on February 19, 2004, so that no public disclosure of the filing of the complaint would impede attempts to arrest the defendants. Since the defendants have now been arrested, the government asks that the complaint be unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ JOHN A. WORTMANN, JR.
PETER K. LEVITT
Assistant U.S. Attorneys

February 24, 2004

2-24-04
allowed