to whom ROSARIO could sell guns.

### K.   JUAN RAMOS, A/K/A "KING FAITH"

50.   JUAN RAMOS was identified as the fourth Regional Officer of the Massachusetts Chapter Crown Council of the Latin Kings, and the former leader of the Latin Kings' Lawrence Chapter.  On April 23, 2003, RAMOS made a controlled sale of approximately 10 grams of crack cocaine to a cooperating witness. The CW who made the purchase from RAMOS was stopped by the Methuen police immediately after the transaction.  Based on that stop, RAMOS accused the CW of cooperating with law enforcement. Confidential source information indicates that RAMOS subsequently gave orders to other members of the Latin Kings to hurt or kill the CW.

### L.   EDWIN SERRANO, A/K/A "KING PSYCHO"

51.   EDWIN SERRANO was identified as the former Minister of Defense and a significant soldier in the Lawrence Chapter of the Latin Kings.  In February and April 2003, SERRANO made controlled sales of cocaine and crack cocaine to a cooperating witness. During the controlled buy on April 4, 2003, SERRANO asked the CW if he was interested in joining SERRANO on a trip to New York City in a rented car to kidnap a party who had "burned" SERRANO for $40,000.

### M.   LOUIS RAMIREZ, A/K/A "KING LITTLE PYSCHO"

52.  In May 2003, RAMIREZ made controlled sales of cocaine and crack cocaine to a cooperating witness.  During an attempted controlled buy in late April 2003, RAMIREZ offered to sell the CW a 9 mm semi automatic pistol for $400.  RAMIREZ also told the CW to hold on to the gun so that he/she could help RAMIREZ perform a couple of hold-ups, including robbing a drug dealer.  The gun sale never occurred because RAMIREZ was unable to locate his gun supplier.

N.  JOSE GONZALEZ, A/K/A "KING STRIKE"

53.  JOSE GONZALEZ was identified by confidential sources as the former Carisque (second in command) of the local chapter of the Latin Kings.  JOSE GONZALEZ reportedly retired from a leadership role in the Latin Kings after being shot by a member of the rival Latin Gangsta Disciples.

54.  A CW made two buys of crack cocaine from GONZALEZ and a third buy from GONZALEZ and ANGEL GONZALEZ, A/K/A "KING A-SHOT."  During these buys, GONZALEZ repeatedly urged the cooperating witness to come back and purchase more drugs.

O.  ANGEL GONZALEZ, A/K/A "KING A-SHOT"

55.  ANGEL GONZALEZ is another member of the Latin Kings from whom drugs were purchased during this investigation. A CW made one buy of cocaine from ANGEL GONZALEZ and one buy of crack cocaine from ANGEL and his JOSE GONZALEZ.  During the controlled buy on September 12, 2003, ANGEL GONZALEZ, A/K/A "KING A-SHOT"

described what he did to someone who claimed that GONZALEZ had ripped him off for $200: "I got my burner" (i.e., his gun) and went over to his house "and I was gonna fix this shit" and I knocked on the door and someone looked out the window but no one opened the door "but I'm telling you right now anything would have come out of his mouth I would have put a hole in his mouth."

P-Q. EDWIN RODRIGUEZ, A/K/A "KING CHOLO" and JOSUE RODRIGUEZ, A/K/A "PERRO"

56.    Information from confidential sources indicated that EDWIN RODRIGUEZ, A/K/A "KING CHOLO", is a blessed member of the Lawrence Chapter of the Latin Kings and that his brother, JOSUE RODRIGUEZ, A/K/A "PERRO" is a member of the Immortal Outlaws, another Lawrence-based street gang TRADITIONALLY ALIGNED WITH THE Latin Kings.  The RODRIGUEZ BROTHERS have been identified as operating a drug trafficking business out of 16/18 Springfield Street in Lawrence, a known location where Latin King and other gang members congregate and a major distribution point for drug activity by Lawrence gang members.

57.    On December 5, 2003, the RODRIGUEZ BROTHERS sold an FBI cooperating witness 13.5 grams of crack cocaine.  During the buy, EDWIN RODRIGUEZ told the CW, on videotape, that he had purchased a  "nine" and a "forty" (i.e., a nine millimeter and a .40 caliber handgun), "both for eight hundred dollars."  The CW and RODRIGUEZ then talked about RODRIGUEZ selling the CW one of the

guns and RODRIGUEZ mentioned that "Victor bought one." RODRIGUEZ also said that he could get heroin for the CW for $80 a gram and that he could get the CW 1500 to 2500 ecstasy pills at a time.

58.    During the December 5 buy, EDWIN RODRIGUEZ also described his brother JOSUE's drug trafficking:  "PERRO [i.e., JOSUE RODRIGUEZ] deals with everyone.  He has some customers from New Hampshire that come down and buy $1,000 worth of drugs.  One of the guys gave me $150 after the deal."

### R.  LUIS RODRIGUEZ, A/K/A "ONE EYED LUIS"

59.    LUIS RODRIGUEZ has been identified as a drug trafficking associate of, and middleman for members of the Lawrence Chapter of the Latin Kings, including VICTOR ARROYO, A/K/A "KING VICIOUS".  A cooperating witness also provided information that RODRIGUEZ was selling crack cocaine in the areas of 16 and 49 Springfield Street in Lawrence.  That information was corroborated when the CW made a crack cocaine buy from RODRIGUEZ at 49 Springfield Street on December 29, 2003.  During that buy, RODRIGUEZ told the CW to call him if he needed anything and told the CW that he always had crack cocaine.  The CW asked if RODRIGUEZ could get guns and RODRIGUEZ said he could still get guns and said that he would try to get some for that Friday.

### V.  CONCLUSION

60.    The Latin Kings are a hierarchal street gang that has as a significant operating objective the protection of drug

trafficking and other illegal activities by its members through violence and intimidation. Each of the Targets in this case is a member of the gang (and in many instances, a member of its leadership). All of the Targets have demonstrated that they are drug traffickers and dedicated members of the Latin Kings who contribute to its operation and violence. Each should therefore be detained pending trial.

Signed under the pains and penalties this 20th day of February, 2004.


MARK KARANGEKIS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

# EXHIBIT 1

EI MIO



1940 Mass. State A.L.K.N. 1994

Principal Editor & Author
Lord Grim/Alex Delgado
2nd Draft

# Massachusetts State Policy Book



*They came out of the East.*
*Showing no feelings or respect*
*for all that was created by the Great Spirit.*
*They came and disturbed the sacred burial grounds,*
*The resting place of our forefathers.*
*If this is the way of their God , Then I don't want no part of it.*
*-A True Indigenous Man-*

*He who would be a New King needs to be a fearless seeker and a lover of freedom.*
*If his heart is pure and his mind is free from prejudice, he shall not fail to*
*recognize freedom from slavery.*
*-Manifesto-*

CHAPTER CONSTITUTION
OF THE
ALMIGHTY LATIN KING NATION


IN THE SIXTH DECADE OF THE TWENTIETH CENTURY THE
A.L.K.N. WAS FORMED.  GENERATION AFTER GENERATION OF
KINGS HAVE LIVED BY A CONSTITUTION OF PRINCIPLES BASED
UPON THE IDEAS OF KINGISM.  THOSE IDEAS, OUR LAWS AND
PRINCIPLES WE NOW IMPART TO ALL KINGS WITH THIS CON-
STITUTION.

FROM THIS DAY FORWARD WE SHALL ORGANIZE OURSELVES
UNDER CONSTITUTIONAL LAW TO INSURE THAT WE AS A NATION
SHALL LEAD THE WAY TO PROGRESS AND NO LONGER STAND IN
THE SHADOW OF IT: WE AS A NATION SHALL LEAD THE WAY
FOR TRUE KINGISM.

DEVOTING YOUR LIFE TO THESE PRINCIPLES IMPLIES A
LIFE OF SERVICE TO EACH OTHER AND TO THE ALMIGHTY
LATIN KING NATION.


LOVE - HONOR - OBEDIENCE
SACRIFICE - RIGHTEOUSNESS

(2)                    (Amendment I-ID-I)

## IDENTIFICATION OF A NATION MAN

During the late 1980's, early 1990's, a resurgence of the word's LATIN KINGS became rampant. One of the most noted states within the East coast was Connecticut. In its beginning stages of establishment, the intentions were to give its due respects to the Motherland (Chicago). Unfortunately, the founding leaders altered the age old traditions of the A.L.K.N. Its state leaders led this fast growing organization into disorganization and a trap of assimilation. To understand the concept of organizing for freedom, one must first understand that present governments, as in the past, continue to oppress our Third World brothers and sisters. It was apparent that this falsely titled Latin Kings organization, established in Connecticut, did not have the objective to guide their people into the beginning steps of free- dom, but to introduce to assimilation, thereby causing a "De Facto" culture genocide. They went as far as to create a book to replace the Sacred Manifesto and named their book the A.L.K.N. CHARTER. This was an extreme disrespect to our already existing MANIFESTO/CONSTITUTION. This is why it's important to know that our original book is the MANIFESTO/CONSTITUTION. It proclaims no authors because we, the followers of the books philosophy, are the authors every second we live each word of its precious content. We, the followers of the Manifesto are the original successors to our Chicago forefathers who died in the name of the A.L.K.N., all other factions are to be guided to the truth or shunned for their ignorance. In order to identify a true nation member, the following shall be amended

(5)        (Cont, Amendment II-PM-II)

doing what so that good quality members are being brought in and bad quality members are being screened out. After all MANIFESTO/ CONSTITUTION requirements are completed and both initial forms are signed and approved by the C.C.C. (Crown Council Committee) and/or its appropriate officers, the prospecting member can be approved for the 30 to 90 day probation period. The amount of probation given to an approved prospecting member shall be determined by the Local Crown and/or the Crown Counsel Committee. After the approved prospecting member has completed his/her probation period successfully, a ceremony will be held in such fashion: the Local INCA or any officer he assigns, shall verbally request the recitation of the MEMBERSHIP CREED FORM by the successful prospecting member. After it is signed by the appropriate official, he/she shall then be a full Latin King member.

(6)                    (Amendment III-WP-1)

## WHAT IS OUR PURPOSE?

The MANIFESTO explains that this Nation was founded in the "sixth decade of the twentieth century." Our purpose was and is for the progress, upliftment, and freedom of our people--the Third World people. Our duty is to learn so that we may teach, to seek liberation of our oppressed brothers and sisters, to unite and stand up against those who seek to deny our rightful existence, not only in the level of economic progress, but also cultural acceptance. In agreeing to being a member, you agree to the laws and rules of the MANIFESTO/CONSTITUTION and all of its applicable laws, to respect and follow the five (5) points of the coronet and to sacrifice for the good of our brothers, our sisters, and our Nation. In order to go about achieving our goals, there are set laws, rules, regulations, as well as specified beliefs which must be adhered to, or in other words followed. Having understood our purpose, we invite you to become an agent of change for the upward mobility of all Third World people who join us in our cause for truth and liberation from our oppressors.


I HAVE READ AND UNDERSTOOD THE ABOVE STATED AND SWEAR TO UPHOLD THIS NATION"S PURPOSE UPON ENTRY TO MEMBERSHIP.

SIGNATURE: _____ DATE_____

(7)            (Amendment IV-AP-1)

## A.L.K.N. APPLICATION FORM

NAME_____ DATE OF BIRTH_____

ADDRESS_____ PLACE OF BIRTH_____

CITY_____STATE_____ZIP CODE_____PHONE#_____

MOTHER'S NAME_____FATHER'S NAME_____

ADDRESS_____ ADDRESS_____

 CITY_____ CITY_____

 STATE_____ STATE_____

 MOTHER'S PHONE_____ FATHER'S PHONE_____

 BROTHER'S NAME_____

 SISTER'S NAME_____

 CHILDREN'S NAMES_____

 GRANDMOTHER'S NAME_____

 GRANDFATHER'S NAME_____

EDUCATION (circle last grade completed) 1 2 3 4 5 6 7 8 9 10 11 12

COLLEGE (circle last grade completed) 13 14 15 16 17 18 19 20

MAJOR_____MINOR_____

ARMED FORCES: BRANCH_____'M.O.S._____YEAR____TO_____

HAVE YOU EVER BEEN ARRESTED?___HAVE YOU EVER DONE PRISON TIME?___

IF YES, WHAT WERE THE CHARGES?_____

HOW LONG WERE YOU IN PRISON?_____

If any of the information in this form proves to be false, that
is grounds for denial of membership.

    Chapter applying at _____

(8)                    (Amendment V-MCF-I)

## A.L.K.N. MEMBERSHIP CREED FORM

As a member of the ALMIGHTY LATIN KING NATION, I, (say name) swear to abide by the laws and regulations of our sacred MANIFESTO/CONSTITUTION. I understand and accept our first law; "Once a King always a King". I vow to live by the five points and to always fight for cause without question, the cause being the liberation of our people; the oppressed Third World people. I also relinquish any such membership of any other organization realizing that my membership in the A.L.K.N. is for life.

MEMBERSHIP SIGNATURE, DATE

As a member of the Local or MASS. LAS CORONAS, I hereby accept your membership into this most precious organization, you having understood your vow for LIFE. AMOR DE REY!!!

LOCAL OR LAS CORONAS SIGNATURE

FILE WITH SECRETARY

(9)                    (Amendment VI-SNR-1)

## A.L.K.N. STATE OF THE NATION REPORTS

Our Manifesto states that it is absolutely necessary for a state of the nation report to be filled out every three months to the Las Coronas of this Nation. This amendment shall clarify what we expect in those reports and how to go about sending them. The reports shall be sent to the MASS. Las Coronas and from there they will be sent to the Chicago Nation Las Coronas. For this state, the following officers are responsible for filing a report; The Inca, Casique, Enforcador, Tesorero, and the Crown Counsel Chairman. The reports should cover financial and progressional actions, as well as terminations and new memberships. Terminations and new memberships shall be known by sending the A.L.K.N. STATUS FORM (FOLLOWING PAGE). In this way, we can keep a census of all our members. All these reports should be mailed in the same envelope. The envelope should consist of a total of five reports. Two copies of these 5 reports should be made, one for the MASS. Las Coronas and another for the Chicago Nation Las Coronas. With this clarified, there should be no reason why we should not receive the State of the Nation reports. IT IS MANDATORY FOR EVERY CHAPTER IN MASSACHUSETTS STATE TO SUBMIT THEM EVERY THREE MONTHS. Your attention to this matter will be greatly appreciated.

---

Chicago Nation Las Coronas
Almighty Latin King Nation
Chicago, Illinois

Brother Shahid Malik
Almighty Latin King Nation
Massachusetts State Chapter
Massachusetts Las Coronas

(10)        (Amendment VI-SNR-11)

## A.L.K.N. STATUS FORMS

LEGEND:  TERM=01,  NEW MEMBERS=02,  NEW PROMO=3    _____ ISSUE
         (Terminations)                            DATE

| NAME | DECISION | DATE | A.K.A. | LOCATION |
|------|----------|------|--------|----------|
|      |          |      |        |          |

(11)            (Amendment VIII-PR-1)

## A.L.K.N. PUBLIC RELATIONS

There is no secret as to the goals and expectations, as well as the philosophy of the ALMIGHTY LATIN KING NATION. Yet, it is very important that in communicating with the public, the news media, and the political segments, we articulate our objectives in a professional manner. We, the members, are the reflection of this organization, therefore, the Mass. Las Coronas and the Chicago Nation Las Coronas are the Massachusetts representation of the A.L.K.N. Whenever or whereever the news media publishes information concerning this organization, it must not be challenged by individual members and it must not be directly challenged by any member(s) of the Local Crown. No member is authorized to correspond, communicate or engage in dialogue with anyone from the news media, public agencies, or political arena without EXPRESSED WRITTEN CONSENT of the Mass. Las Coronas or the Chicago Nation Las Coronas. There is no exception to this rule, other than the Mass. Las Coronas designee. ALL MEMBERS MUST STRICTLY AND COMPLETELY READ, UNDERSTAND, AND ADHERE TO THIS DOCUMENT.

Your attention to this matter will be greatly appreciated.

---

Chicago Nation Las Coronas
Chicago, Illinois

Mass. State Inca-Las Coronas
Massachusetts State
Brother Shahid Malik

(12)                    (Amendment IX-PE-1)

## A.L.K.N. PHYSICAL EDUCATION

It is important to be aware and prepared in all accessible facilities of your body. As we stress exercise of the mind, we cannot forget to prepare our bodies. For this reason, we shall institute the following amendment: It is mandatory, from this day forward, in all prisons, jails, and communities where A.L.K.N. members are found, that physical training is imposed. Every physically abled member should try to achieve running two miles within 20 minutes, 50 correct, pushups within two minutes, and 50 correct, situps within two minutes. (This will be the focus of the men's exercise, women's exercise shall be given more time, yet the same number of repetitions. Exercise shall be conducted at the minimum of three days a week. Every member in the designated chapter should exercise on the same three day week and together. Always remember that we represent the voice of the oppressed and for this reason our mental and physical strengths must excel. Help this nation by helping yourself. Your attention to this matter will be greatly appreciated.


BEHOLD LATIN KING

(13)                    (Amendment X-MV-1)

## MEMBERSHIP VOTING FORM

YOUR NAME_____    DATE_____

YOUR CANDIDATE_____    POSITION_____

PRESIDENT'S CHOICE_____

FULL NAME OF ALL CANDIDATES SEEKING THIS POSITION OF OFFICE
                                    (circle one)

1._____    These candidates have all been

2._____    cleared for qualification by

3._____    _____

4._____    Type in full signature of

5._____    senior crown member

YOUR COMPLETE SIGNATURE_____

VOTING FORM WAS PICKED UP BY_____
                          SENIOR MEMBER'S NAME

NOTE:  After all votes have been counted and the winner, by
       majority, has been made, these forms must be filed
       with the secretary for record purpose only, and
       destroyed after one year from the above date.

*(14)*                    *(Class Topic)*

## CONVICT'S CODE OF CONDUCT

Being a LATIN KING means you must be prepared for all situations, including the possibility of arrest for accusations by the Commonwealth for illegal activity. One of the most democratic and fair constitutions can be found right here in the United States. Although the U.S.'s laws are fair enough, who interprets them seems to be the fault of this country's judicial system. Statistics by unbiased sociologists show the fact that there is a fault in how the government interprets true justice. For this reason, the Convict's Code has been added to this book.

### THINGS YOU SHOULD KNOW

1. When you are being arrested the only thing you have to answer is who you are and that can be resolved by showing them your identification card.

2. Studies of justice handled with people of color who have been arrested shows that talking with any sort of government official can only worsen a situation that you may be involved with in that moment. "YOU HAVE A RIGHT TO REMAIN SILENT" (Miranda rights), so it would be best in a situation where you are confronted with police authorities to wait for a consultation with your lawyer, before attempting to clear your name from any particular case or cases. THOUSANDS!!!! of brothers and sisters are doing alot of prison time for not abiding by these rights and have become victims of their own signed statements. Any good lawyer will tell you this.

3. It has been known to a great many brothers and sisters, the foul coercement of suspects by police staff and district

(15)                         (Cont, Class Topic)

attorneys. Techniques such as divide and conquer (ie... It's best to protect yourself from your co-defendant 'cause he's already written a statement against you, or they'll say "you better talk to us now and it will be easier for you at the end, I promise just write a statement and you'll be alright"). If you have talked to police or signed any statements, in the end the only people it will come out easier for are the officers, it will be easier to convict you!! Don't fall into any of their tricks, no matter how bad it may seem for you. Wait for your lawyer to consult with. If you don't have a lawyer, don't worry the Commonwealth has to provide a lawyer for you. It's better to wait three days in jail for your lawyer, than spend <u>5 years or life imprisonment for stupidity!</u> Better safe than sorry.

### LAWYERS

4.  When it comes to receiving a lawyer, it is best to find a privately-paid lawyer. Your chapter's job is to check out a lawyer that is qualified to represent earnestly and capably any and all members of the A.L.K.N. You must be careful as to your choice because there are lawyers who can and will sell you out for monetary goods, favors to the government, or political reasons. By asking your lawyer how many victories he has won against the Commonwealth and if he has proof of these victories, you are being alert. In case your chapter cannot afford to help you pay for the the cost of a private lawyer ( if the chapter has been established for more than two years, then this should be an embarrassment) then a lawyer provided by the government shall be provided for you. This lawyer is titled PUBLIC DEFENDER.

*(16)*                        *(Cont, Class Topic)*

Although you should never put your full trust in a private lawyer, you should be even more wary of the public defender because that lawyer is working for the same government, who is trying to put you behind bars-- the Commonwealth of Massachusetts. You must be wary that your particular public defender is not looking to hurt your case as opposed to helping it. To be frank, whether a lawyer is public or private, you must never rest your fate in another person's hand. Be involved with your case. Make sure you ask your lawyer for your "<u>Grand Jury Minutes</u>" <u>and</u> any or all <u>statements</u> and <u>summary statements</u>, as well as <u>police reports</u> that are written against you. Don't take <u>no</u> for an answer. Doing the things, aforementioned, will keep you abreast with your case. Therefore, you are prepared. Remember that you are the one who may end up incarcerated, not your lawyer.

## CERTAIN RULES TO BE KNOWN IN MASS. PRISONS

1. Never get into any friendly conversations with any correctional staff.

2. Never look into anyone else's cell.

3. Never accept gifts from a prisoner whom you do not really know. (if it could prove an ugly situation)

4. Never associate with "Situational Homosexuals."

5. Never make any loud noises especially after 10:00 p.m.

6. Never sleep or rest with your cell door open.

7. Never walk with sandals in the block or pod.

8. Never associate yourself with anyone or anything having to do with protective custody (P.C.)

9. Never associate with Skinners (rapists) or Diddlers (child molesters).