(17)            (Cont, Class Topic)

10. Never engage in any physical games.

11. Never use derogatory statements about anyone's racial attributes.

)                                           (18)                                       (PV-I)

PROCEDURES FOR VIOLATION

NAME OF MEMBER_____ DATE_____

TYPE OF VIOLATION_____
_____
_____

NAME OF ACCUSER_____

CROWN/COUNSEL HEARING DATE_____ PLACE_____ TIME_____

LOCAL CROWN MEMBERS PRESENT    1._____

2._____   3._____

4._____   5._____

COUNSEL MEMBERS PRESENT        1._____

2._____   3._____

4._____   5._____

6._____   7._____

VERSION OF THE ACCUSED_____
_____
_____
_____

IF YOU NEED MORE SPACE, PLEASE USE REVERSE SIDE.

WITNESSES (IF ANY)  1._____ 2._____

CROWN COUNSEL CHAIRMAN/LOCAL CROWN DISPOSITION_____
_____
_____
_____

NOTE: ONCE COMPLETED THIS MUST BE
FILED WITH THE SECRETARY FOR RECORDS     _____
PURPOSE.                                 LOCAL INCA SIGNATURE/DATE

(19)                                                  (IN-I)

INVESTIGATION NOTICE

TO: _____

FROM: _____

RE: REQUEST FOR STATEMENT


By the power of the MASS. STATE 'LAS CORONAS' and in compliance with the MANIFESTO/CONSTITUTION, IT IS hereby requested that the above named member submit a complete written statement of his or version of the event charged below. You must send your statement to the undersigned designated officer within (15) fifteen working days from the above date. After all statements have been thoroughly investigated by the undersigned, a final and official decision will be made by the respective local or state officials and copies of disposition shall be sent to every member involved and also to the local crown.


CHARGED ALLEGED: _____

_____

_____

_____

_____


DESIGNATED OFFICER                    DESIGNATED OFFICER
MASS. STATE A.L.K.O.N                 MASS. STATE A.L.K.O.N.

(20)                                                                        (EV-I)

## MASS. STATE LAS CORONAS

TO: _____

FROM:  MASS. LAS CORONAS

SUBJECT:  FINAL DECISION

### (EXECUTIVE ORDER)

It is hereby ordered that in accordance with the Manifesto/ constitution of the ALMIGHTY LATIN KING NATION, and all of its applicable sections, the above named _____ is hereby _____ for the below listed findings. A complete investigation has been conducted by the MASS. LAS CORONAS in the matter of _____ that occurred on ___/___/___ and this MASS. LAS CORONAS order shall serve as our final decision in the matter.

FINDINGS: _____

_____

_____

_____

FINAL DECISION: _____

_____

VIOLATION (IF ANY) CHARGED: _____

_____

A.L.K.N. MANIFESTO/CONSTITUTION SECTION VIOLATED (IF ANY): _____

_____

A copy of this order is hereby sent to the _____ local crown on this date ___/___/___ and sahll be enforced immediately therein

(CONT, EV-I)

---
SHAHID MALIK
MASS. STATE INCA 'LAS CORONA'
ALMIGHTY LATIN KING NATION

---
CHINO COLLAZO
MASS. STATE CASIQUE 'LAS CORONAS
ALMIGHTY LATIN KING NATION

(EO-1)

(21)                                                                (FF-1)

## FUNERAL ARRANGEMENTS

NAME OF DECEASED _____ FUNERAL DATE ___/___/___

FUNERAL HOME _____ PHONE#( ) _____

ADDRESS _____ CITY _____ STATE ___ ZIP _____

CEMETERY _____ PLOT # _____

BURIAL DATE ___/___/___                TIME ___/___ a.m or p.m

CREMATION DATE ___/___/___             TIME ___/___ a.m or p.m

ASHES GIVEN TO _____ RELATION _____

        (complete name)

LOCATION OF ASHES IF SCATTERED _____

LATIN KING GRAVESTONE TO BE PLACED BY _____

                                      L.K. CHAPTER

ARRANGEMENTS SECURED BY _____

                         LATIN KING TESORERO

COST OF L.K. GRAVESTONE $_____ DATE L.K. STONE PLACED ___/___/

                                                    _____

                                                      TESORERO SIGNATURE

NOTE: To be given to the secretary for filing after completely filled out.

(22)          (Amendment XI-CE-1)

<u>HOW TO ESTABLISH A CHAPTER OF THE A.L.K.N. IN MASSACHUSETTS</u>

The establishment of a chapter is a happy moment for the entire family of the ALMIGHTY LATIN KING NATION. It is a sign of positive growth and a light of hope for the lost brothers and sisters in that particular community. An individual or group of individuals who strive to make this nation grow for the sake of liberation should be commended for their ambition. Yet, there are indeed some things that members should know before striving to make this nation grow. The first page of our MANIFESTO states the following: "He who does not know, and does not know that he does not know, is a fool...Avoid him! (Confucian). When a member decides (or a group of members) to open a chapter for the good of the nation, then it should be a given that this individual(s) have acquired a substantial amount of knowledge, experience, understanding, strength, leadership capabilities, and are well on their way to acheiving 360* (degrees) of strong King Wisdom. If you are still in the "Primitive" or Conservative" stage, then it is truly impossible for you to lead others to the full extent that is needed when directing a chapter. An experienced person, well into the "New King Stage" is needed for such a mission. If you have not achieved the aforementioned qualities required to become a leader or officer in this nation, how then can you dare to decide to open up a chapter. To avoid disorganization and confusion, as well as renegade chapters the following shall be amended: No member is to open any chapter in any

(23)        (Amendment XI-CE-II)

city without a written and signed <u>EXECUTIVE ORDER FORM</u> (EO-I) (pge 16) filled out and signed by the Mass. State Las Coronas Inca (Brother Shahid Malik). No Local Crown has the authority to authorize an opening of a chapter. The process of opening a chapter goes as follows: The nearest chapter Local Inca shall formally request in written form that a qualified member or members would like to open a chapter. After these qualified members (whose names and their whereabouts should be included in the written request) are approved by the Mass. State Las Coronas, you shall await the <u>EXECUTIVE ORDER FORM.</u> YOU SHOULD NOT PROCEED IN OPENING A CHAPTER UNLESS YOU HAVE THE REQUIRED WRITTEN AND SIGNED FORMS. Any individual who illegally sets up an unauthorized chapter of the ALMIGHTY LATIN KING NATION is in a <u>major</u> violation. Any member or Local Crown who establishes such a chapter shall be immediately suspended and tried under the CONSTITUTION procedures. Any member who sees an unfamiliar chapter, it is your duty to inform said chapter that they are in violation of an amendment of the A.L.K.N. and should immediately report to the nearest legitimate local Chapter for further instructions. If the violating chapter ignores your advice then inform the surrounding chapters of the unauthorized chapter's disrespect. It is then the responsibility of the legitimate local Chapter to inform the Mass. Las Coronas and await further instructions in response to the unauthorized chapter's disrespect. Your attention to this matter will be greatly appreciated.

(24)   (Amendment XI-CE-III)

<u>(CONT. ESTABLISHING A CHAPTER)</u>

Chicago Nation Las Coronas
Chicago, Illinois
Almighty Latin King Nation

Brother Shahid Malik L.K.
Mass. State Las Coronas (Inca)
Almighty Latin King Nation

BEHOLD LATIN KING

(25)   (Class Topic)

## TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS

### SOCIAL STRUCTURE

Achieved Status - A social status that is attained through personal effort. (compared to ascribed status.

Demography - The study of population characteristics and how they change over time and vary from society to society.

Interpersonal Relations - Relationships based on direct interactions between individuals which may consist of competition, cooperation, conflict, and/or exchange.

Master Status - A social position that tends to override everything else the person is or does.

Macrosociology - The analysis of large scale social organization and long-term social processes. (compare Microsociology)

Microsociology - The detailed, moment to moment analysis of everyday behavior and real life interaction.

Network - A web of social relationships that connect people or organizations to eachother, directly or indirectly.

Social Institutions - A relatively stable set of norms and values, statuses and roles, groups and organizations that provide a structure for behavior in a particular area of social life.

(26)  (Class Topic)

(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

### SOCIAL BEHAVIOR

| Term | Definition |
|---|---|
| Anomie- | A condition of normallessness or loss of accepted social rules in society. |
| Conformists- | Merton's term for people who accept both the goal their culture holds out as desirable and the approved means of attaining them, whatever the consequences. |
| Deviance- | Behavior that violates widely held norms. |
| Labeling-Theory | The view that deviant behavior is an interactive process whereby a society or a group within society, defines certain behavior as deviant and then treats them as outcasts. |
| Inovators- | Merton's term for people who are determined to achieve conventional goals, but are willing to use unconventional means. |
| Differential-Associations | Sutherland's term for the learning of criminal or violent behavior through exposure to predominantly pro-criminal norms and values or to situations that reward criminal behavior. |
| Informal Social-Controls | Subtle, unofficial pressures to conform to society's norms and values. |
| Collectivist-Organization | A non-bureaucratic organization in which authority is shared and rules are subject to negotiation. |

(27)                                     (Class Topic)

<u>(CONT. TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)</u>

| Term | Definition |
|---|---|
| Dyad- | A two person group. |
| Total-Institution | An extreme form of formal organization that requires that individuals surrender their autonomy. |
| Altruistic-Suicide | Suicide, that in Durkheim's view, results from a strong attachment to a group or community. |
| Self-Fulfilling-Prophecy | A false belief that influences behavior in such a way that the false prophecy comes true. |
| Agents of-Socialization | An individual, group, or organization that influences a person's belief in one's self and a person's behavior. |
| Self- | The individual's sense of identity or Who am I? |
| Democracy- | A political system based on popular participation in the decision-making process, or rule by the people. |
| Protest-Movements | A grass-roots effort to change established policies and practices. |
| Nativism- | The view that american institutions must be protected from immigrant influences: "America for Americans".) |
| Genocide- | The systematic attempt to murder members of a social or ethnic group. |
| Majority group- | A category of people who have gained a dominant position in society and guard their power and |

(28)                    (Class Topic)

<u>(CONT. TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)</u>

|  |  |
|---|---|
| | position, excluding others from their ranks. |
| Minority-Group | A category of people whose members are disadvantaged, held in low esteem, excluded from social positions, and conscious of being "A people apart." |
| Racism- | The belief that a group considered a social group is innately inferior and that this justifies discrimination against and the exploitation of members of that race. |
| Organized-Crime | Organizations that exist primarily to provide and profit from illegal goods and services. |
| Retreatist- | Merton's term for people who have given up both on goals and the means for attaining them. |
| Ritualists- | Merton's term for people who are so compulsive about following social rules that they lose sight of their goals. |
| White Collar-Crimes | Individuals and corporations engaged in otherwise legitimate businesses, who either conduct business by illegal means or take illegal personal profits at the expense of their employers, customers, or government. |
| Cultural-Relativism | The view that a culture must be understood in terms of its own values and meanings. |
| Ethnocentrism- | The tendency to evaluate other cultures in terms of one's own and to conclude that the other |

(29)    (Class Topic)

(CONT. TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

Counterculture- A subculture that actively opposes the values and practices of the specific society.

Mores- Norms that are sacred, so that violation is unthinkable.

(30)                                (Class Topic)

## THE SUPPORT OF BROTHERS ANS SISTERS IN PRISON

As an Almighty Latin King Nation, we must realize that we as a people are oppressed. The question we need to ask is who is oppressing us, why do they oppress us, and how do we escape this stagnant plight? A bit of the solution is the determination to educate oneself about the answers to the stated questions. The concern in this letter is to speak of an issue which affects thousands of our brothers and sisters. The prison system in this era is a system that true indeed holds many of our people as political prisoners. There is enough evidence shown by observing a count procession against any given ALANA (Asian, Latino, African, Native American) individual, especially one that has a jury board. Although there is no doubt that some of our people who stnad trial have committed an offensive act, many thousands go through this judicial system which breeds racism, discrimination, and euro-nativism, thereby not receiving a fair trial as guaranteed in our statutory rights. There are many reasons why our people find themselves in legal binds, yet the facts can easily show that most of the time, we end up dealing with unfair decisions given out by a biased jury or judge. Under the laws of the Constitution these victims of an unjust judicial system should be freed from their prison. Unfortunately, reality deems quite the contrary. As a nation who prides itself as the servants of the third world community, let us take into account that there are brothers and sisters who find themselves incarcerated, feeling lost and without hope. Make the effort to comfort those

(31)  (Class Topic)

## (CONT, THE SUPPORT OF BROTHERS AND SISTERS IN PRISON

brothers and sisters by writing to them, setting up an emergency fund for those members in the nation, who find themselves in a financial bind, whether in the prison or whether the family of the incarcerated are in time of need. It is important that we do not practice out of sight out of mind. The above stated should give you a perspective as to how to go about caring for those brothers and sisters. May we hope that this advice is taken into serious consideration. It would be a shame to not receive in the State of The Nation Reports every chapters effort to care for our members in prison and those oppressed brothers and sisters who we are a guiding light to.

(32)                    (Amendment XIII-9-1)

## Importance of Brothers/Sisters to Attend Jury Duty

In 1988, the Hon. Justice, Liacos, of the Commonwealth's Supreme Judicial Court, ordered that a "Commission to Study Racial and Ethnic Bias in the Courts," be enacted. Judge Liacos felt such a response was necessary due to questionable actions by the Commonwealth's judicial servants. The aforementioned commission issued a report in 1994, in response to the Hon. Liacos' order. The report admitted that during their investigations, there were many unfair issues against people of Color. In one instance, they addressed many cities and towns use of ineffective procedures for compiling jury lists. The fact of the matter is that when people of Color are submitted to jury trials, more times than less, they are faced with jurors who are not their peers. (A right guaranteed by the Constitution.)

Because of the compiled ineffective efforts between the Commonwealth Justic System and ALANA (Asian, Lationo, African, Native American) citizens, many of our ALANA Brothers and Sisters face unfair verdicts and unfair sentencing structures. Being Nation Men and Women, we have an irrevocable duty to support and participate in all issues that help uplift and progress oppressed people. As a Nation Man who has experienced living in impoverished ALANA communities, I know that said communities in majority, do not make attending jury duty an obligation. Although the A.L.K.N. does not fully support a government that works against its people for intended or unintended reasons. (We are

(33)    (Cont. Amendment XIII-J-1)

partial to the former). It is not treason to work with the system when progress is attainable; It is treason to support any specific program within the system that would stagnate, destroy or further the stagnation of our oppressed Brothers and Sisters. That is why this Amendment shall be enacted. As long as you are a Nation man or woman, you have an obligation to attend jury duty, for the sake of improving an ALANA defendants chances of a fair trial. Too many of our brothers and sisters become victims of vengeful, racially biased, and non-peer jurors. If we do nothing to improve their dilemma, then such would be the same as oppressing our own people.

Therefore, the following Amendment shall be enacted as legitimate A.L.K.N. Mass. rule, subject to disciplinary action if disobeyed:

I.  All members of the A.L.K.N. who fall under Mass. Commonwealth legal qualifications for jury standards shall sign up and participate as members for jury pools.

II.  All A.L.K.N. members who find themselves participating in sequestered or complicated jury pools shall not succumb to pressures of the majority, when your belief in a defendant's innocence is absolute. In many cases, you find that the minority decision in a jury can sometimes be contaminated by the pressures of the majority. Do not let this happen to you.

III.  All local officers shall enforce this mandate by order

(34)   (Cont, Amendment XIII-J-1)

of Mass. Las Coronas.

___/___/___  _____
Date         Brother Shahid Malik
             Ma. Founding Father
             Ma. Las Coronas Inca

Note:

Those participating in jury duty are financially reimbursed, as well, your employers are legally bound to accept your absence from work to attend jury duty.

(35)          (Amendment Pos ___-___)

To: All Members                     Date: 08/08/95

From: Lord Grim MA. Supreme Crown Inca (EFF)

Re: Amending Positions, Adaptive Positions, Explaining Chain of Command (COC)

To all Latin King Members of the MA. A.L.K.O.N., I greet you with my fist upon my heart as a representation of willingness to sacrifice all for the nation. The following Amendments are explained, issued or adapted due to agreed implementations of the MA. Las Coronas A.K.A. Supreme Crown:

1. That Gumercindo Vargas inherits the MA. Las Coronas Enforcador position A.K.A. Supreme Crown Enforcador.

2. That due to the abnormal structure of Lord Grim's sentence and his feeling that the highest position should be able to walk and direct freely from the outside community, King Wizard, upon returning from his obligation in FLA, shall inherit the position of MA. Las Coronas Inca A.K.A. Supreme Crown Inca, under the agreements and conditions stipulated in the "Contract of Honor".

3. That upon King Wizard's inheritance of Supreme Crown Inca, Lord Grim rightfully inherits the position of Supreme Crown Cacique (in conjunction with E.F.F.).

4. That due to a major change of D.O.C. Protocol, A supervisory squad known as the "Regional Commanders" will be created for the purpose of helping direct the "Capitulos de atras de las Rejas". It will consist of (3) three members whom will be of equal rank to each other and function under the Authority of S.C.I., S.C.C. and S.C.E. (S.C.S. and S.C.T., as well)