THE KING MANIFESTO
*********************

(Cont, Conservative Stage)

It is inappropriate to call this stage the Maturity Stage, due to the fact that the King Warrior, at this time, does not really become mature, in the true sense of maturity.  Instead, he becomes mummified or reaches a level of mummified maturity.  He, in his conservative role, lives with no future, accepting life as it has been taught to him by the existing system that exploits all People of color — dehumanizes them and maintains them under the economic and social yoke of slavery.

True members of the Nation do not quit at this level, they do not cease to identify themselves with the Kings, instead they alienate themselves from them.  They do not cease to be who they are. They conserve what they are; they become conservative.  There are more Kings at this level, than at any other level.  And, although, . this stage has all the characteristics of a regressive stage, it is really the stepping stone into the third stage of Kingism - the New King Stage.

III.   THE NEW KING STAGE is the stage of awareness and decision.  The Primitive and Conservative stages are a compliment to the third.   They go hand-in-hand with this stage of maturity.  It does not keep the King Warrior in the limbo state of being i.e., the mummy like stage.  At this level there is a stage of awareness, an awareness of one's self as a subject of decision.

Under the New King stage, the world takes a completely new form.  One no longer continues to visualize the street corner as his turf or being tough as a man of survival as in the Primitive Stage, nor does he remain in the mummy stage.  Instead, he learns to appreciate the values of organizational work, the values of life and of Brotherhood. One no longer views the rival warrior as the cause of one's ills, instead his vision broadens to the extent of recognizing himself as a subject of decision.  He learns that his ills lie at the roots of a system completely alien to his train of thought and his natural development due to the components of dehumanization that exist therein.

This stage is what determines righteousness, for it is at this stage where awareness leads to the point of decision, that point where one must decide one's future. This is where he either becomes an accomplice to that anti-King system or a subject of decision — A New King!!

The New King recognizes that the time for revolution is at hand.  Yes, revolution — a revolution of the mind! The revolution of knowledge! A revolution that will bring freedom to the enslaved, to all Third World People, as we together sing and praise with joy, what time it is- it's Nation time!

## THE KING MANIFESTO
*************************

(Cont, New King Stage)

Time for all oppressed People of the world to unite. The young warriors and future leaders look at the New King with the hope of someday being free. We shall not destroy the faith they have in us, for in doing so, we destroy ourselves.

The New King is the end product of complete awareness, preceiving three hundred and sixty degess of enlightment. He strives for world unity. For him, there are no horizons between races, sexes and senseless labels. For him, everything has meaning, human life is placed above materialistic values. He throws himself completely into the battlefield, ready to sacrifice his life, for the ones he loves, for the sake of humanization.

The New King is endowed with the supreme natural powers that surpass the human scope of comprehension. These highly complexed, energical entities separate him from the abstract world and all those who surrender themselves to vanity and idleness and place materialistic values above and beyond human principle.

The New King sees himself as a subject of decision, a Sun that must glow forever to enlighten those not so fortunate as he. He feels the rays of the Sun glowing in the essence of his being, giving him life, energy and strength – the strength of his unshakeable spirit and the nobleness of his heart. The hypnotizing profundity of his gaze reflects the limitless power of his mind and the unshakeable will to be FREE.

The New King is the turning wheel of change, he recognized what time it is – It's Nation time! He sees the rulers of our present system lavishing their treasures freely on the means of destruction, then towards that which would promote the happiness of mankind. This strife, discord and bloodshed must cease and all oppressed People must unite as one Nation, as one kindred, as one family.

The New King is aware of the fact that in the Almighty Latin KIng Nation, all are servants, Brothers and Sisters – natural allies, together in one nucleus. As soon as one feels a little better than the other, a little superior to the rest, he is in a dangerous position and unless, he casts away the seed of such evil thought, he is not an instrument for the service of the Nation. Just as calamity is due for disobedience, so deliverance from calamity can be obtained from obedience. Turning from the Nation brings inevitable disaster and turning to the Nation brings blessings.

In order to establish the Kingdom of freedom in the world, it must first be established in the hearts of men. The King that lives his life according to the teachings of this Nation is the True King.

-8-

THE KING MANIFESTO
★★★★★★★★★★★★★★★★

(Cont, New King)

A King who loves his Nation, his People and Freedom; one who works for universal peace, universal freedom and universal Brotherhood. A man may call himself a King, just as an ugly man may call himself handsome, yet if he does not live the life of a True King, he is not a King, and an ugly man deceives no one.

He who would be a New King needs to be a fearless seeker and lover of freedom. If his heart is pure and his mind is free from prejudice, he shall not fail to recognize freedom from slavery. The call of the New King to mankind is that men should open their eyes and use their reason, not suppress it. It is seeing and free thinking, not servile credulity, that will enable the True King to penetrate the clouds of prejudice, to shake the letters of blind imitation and attain from the realization of truth, a new revelation.

The New King will not only believe in the teachings of his Nation, but will find in them the guide and inspiration for his life and joyfully impart to others the knowledge that is the well-spring of his own being. Only then will he receive the full measure of power of the Almight Latin King Nation.

When a man becomes a New King, the will of the Nation becomes his will; for to be at variance with the Nation is one thing that cannot endure. The Almighty Latin King Nation requires whole-hearted and complete devotion.

How can devine King Love be demonstrated to an unbelieving world, its capacity to endure to the utmost blows of calamity and the treachery of seeming friends; to rise above all this, undismayed and unembittered, still to forgive, bless and unite? The light of King Love irradiates his foggiest days, transmutes his suffering into hope and martydoms itself into a ecstatical bliss. The New King longs to see believers of freedom shouldering the responsibilities of the cause. Now is the time for union and concord. Now is the day of unity, because it's Nation time!

The New King recognizes that the day of resurrection is here. A time for the appearance of a new manifestation of truth. The rising of the dead means spiritual awakening of those who have been sleeping in the graveyard of ignorance. The day of the oppressor must now be judged by the oppressed.


BEHOLD LATIN KING

THE KING MANIFESTO
*****************************

THE CODE OF KINGISM


Every member of the Nation shall honor, respect and pro-
tect with his life, the lives and reputation of all mem-
bers of the Almighty Latin King Nation.

Stand up for those who stand up for themselves, in their
quest for peace, justice, freedom, progress and prosper-
ity.

Never exploit or bring harm to any member of the most
righteous Tribe - The Lion Tribe - the Almighty Latin
King Nation or any other oppressed person or nation.

Respect and protect with your life Brown Women for
they are the mothers of our beautiful color, the life
of the future Suns of the Universe.

Love and respect children of all races, sexes, cults
and religions.  Protect them with your life for they
are the leaders of tomorrow's Nations.

Honor and respect the Nation Salute for it means, " I
DIE FOR YOU";  the Sacred Colors for they represent
the People we love and live for - the memory of those
who rest in peace, in the sanctuary of the Almighty
Father, King of Kings.

Educate yourself, for an illiterate King is a weak King
and a weak King has no place in a Strong Nation.

Learn your King Manifesto and live by it, for it shall
lead to Peace - Freedom - Justice.




BEHOLD LATIN KING

# THE KING MANIFESTO
**********************

## NATIONAL EMBLEM
****************

The Crown is the National Emblem of the Almighty
Latin King Nation.  It displays our royalty among men;
our sovereignty and our Kingdom among Nations.  The Crown
is a symbol that is recognized all over the world and al-
though there are many different types, the two that the
Almighty Latin King Nation identify with the most are the
Imperial and the Coronet.

The Imperial is the one most generally used to
represent our beloved Nation because of its very meaning
and magnificence.

Each of the Coronet's five points has a special
meaning.  They represent Love, Honor, Obedience, Sacri-
fice and Righteousness.  The Crown enthrones our ideal-
ism, our belief and attitudes towards a better way of
life in the universe...

## SACRED COLORS
****************

Black represents the solid dominant color of the
universe, the brave and the bold, the darkness of the
immense night.  It represents People of one idea, one
body, mind and soul, the Alpha and the Omega.

Gold represents the fabulous, brilliant Sun at its
highest peak; the splendoring glow of hope in oppressed
People, the brillance of the mind and the solid unity
in strength, love and sacrifice.

Two colors of natural creations existing since the
beginning of time and enduring forever.

## NATIONAL SALUTE
******************

A fist upon our heart...it means, " I DIE FOR YOU",
for you are flesh of my flesh, blood of my blood, son of
my mother who is the Universal Nature and follower of
Yahweh, who is the Almighty Ing of Kings; it also means
Love - Strength - Sacrifice.

## BEHOLD LATIN KING

Glory to the Queens and Power to the Kings
Almighty Latin King Love, Yesterday, Tomorrow, Always
And Forever!

-11-

THE KING MANIFESTO
*************************

NATION FLAG

The Flag shall consist of either two stripes – one
Black and one Gold – running horizontally with a circle
in the upper left corner of the top, with a Crown in the
center of the circle, or the Flag may consist of three
stripes running vertically with a circle in the center
stripe and a Crown in the circle.
The Flag shall never touch the floor or be placed
where dishonor may fall upon it.





BEHOLD LATIN KING

-13-

## THE KING MANIFESTO
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### FEARLESSNESS

To the Almighty Latin King Nation, fearlessness implies absence of all kinds of fears. It is the freedom from such fears as hunger, humiliation, wrath and the criticism of others. It is also the freedom from the fear of resistance, the freedom from the fear of loss of courage and the freedom from the fear of physical death. It is a necessity for a true Latin King because cowards can never be moral. Fearlessness is indispensable for the growth of other noble qualities.

How can one seek liberation, truth or cherish love without fearlessness? Moral Bravery is, for the Nation, the highest heroism. And it consists in the readiness to sacrifice patiently and fearlessly, everything, including life for the good of other members of the Tribe of Righteousneess out of love for them....

BEHOLD LATIN KING



THE KING MANIFESTO
**************************

THE ALMIGHTY EYE


When a King Warrior accepts Kingism as described in the King Manifesto, his life takes a complete turn. For him everything changes. His vision is no longer limited to narrow horizons, instead he is gifted with the power of the Almighty Eye — a Sun that glows to enlighten, through the sense of sight, the New King and the Nation.

The eyes of the Nation are everywhere there is a Nation man, a True King. His perceptions, viewed in the concept of universal human progress, is the reflections of his soul, his ideology, his quest for freedom and his desire for unity among his People. His observations are free and independent; his thoughts are not clouded by any form of prejudice and his actions are based on common sense and knowledge.

Seeing, perceiving and observation by all Kings is the network of the Nation — the eyes of the Almighty Latin King Nation are everywhere.



BEHOLD LATIN KING

BROWN FORCE

The Latino can draw additional strength from another force, too if he has the will and the faith.

Anonymous millions of Brown Men and Women have given their life in the fight for liberation. They have fought against colonialism, hunger, ignorance and for the human dignity of our People. They have drawn from one another, through unity, a force of fortitude — Brown Force — the force which provides the splendoring glow of hope in oppressed people. The need they cast into the founding of a Nation — the Almighty Latin King Nation — has withstood the trials of time.

Drawing upon the endurance and fortitude of Brown Force, we continue our quest to unify and insure free political and cultural expression among the Third World People and among the commonwealth of individuals. We are the People's liberating force — Brown Force — the foundation of the Nation.

BEHOLD LATIN KING

THE KING MANIFESTO

NATION MEN

Who is a Nation man and who is not?  The difference lies in what they do, how they carry themselves and how they talk,  but in order for one to really understand the contrast, one must know and understand the principles of the King Manifesto and Modern Kingism.

One of the clearest contrastive examples is when the so-called Nation Man claims to be a Latin King, a member of the Almighty Latin King Nation, and by the same token says, "I am a Little, A Coulter King, A Pee Wee, I'm from such and such a branch or chapter, etc." He might be a Latin King, that is true, but he definitely is not a Nation Man.

This clearly testifies that this so-called Nation Man is really a demagogue, a preacher of false philosophy, an agent of confusion and disunity.  His mind is broad only to the scope of where his particular "click" is concerned.  Outside of that click mentality, his mind meets with the brick wall of prejudice and individualism.

Nation Men on the other hand are devoted followers and believers of unity, supporters of the harmonious whole.  For Nation Men there are no horizons between clicks and branches for they identify only with the Nation, not a particular click, branch or section - natural allies together in one nucleus, one Nation, the Almighty Latin King Nation.

BEHOLD LATIN KING

THE KING MANIFESTO
*******************************

KING AM I

Whether in front or profile I stand
On that finished form let glory bestow
Black its midnight shadow,
Gold its morning glow
In precision clear, a vision ever so bright
That over the rest domineering light
Spreads the extensive vigor of its rays
Any yields to me the power they praise
That majesty, that grace, rarely given
To remove the restraints
With which they confine
To pass before the turning wheel of change
With supreme perfection my aim
Love, truth, and knowledge my claim


Below the thunderous lofty arch of light
The whole in loveliest harmony unites
For a True King the brightest glories soar
The King of Kings applauds him
And the world adores
Let then each be firm allied
And let no one separate or divide
United in strict decorum, time and place
An emulous love and genuine faith
Be Grace, Be Majesty they constant strive
That majesty, that grace - King Am I.



Be it always remembered that the original Manifesto was
written and dedicated to all oppressed people of the
world, to the People and the Nation and to all our beau-
ful Sisters by the Brown Prince of Darkness.  Amor!



BEHOLD LATIN KING


-17-

# EXHIBIT 3



Notes

Charges (Selling Drugs)
Without donating
15% to Dayton

Pay to the order
of Dayton funds
$500.00 from

By: Afila Lundgie
Witness: King Justice