# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

1. EDWIN RODRIGUEZ,
   A/K/A "KING CHOLO", and

2. JOSUE RODRIGUEZ,
   A/K/A "PERRO"

**CRIMINAL COMPLAINT**

M.J. No. 04-1671-CBS

**DOCKETED**

(Name and Address of Defendants)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 5, 2003__ in __Essex__ County, in the District of __Massachusetts__ and elsewhere defendants did,

conspire to possess with intent to distribute cocaine base, also known as crack cocaine, a Schedule II controlled substance, and

knowingly and intentionally possess with intent to distribute and distribute cocaine base, also known as crack cocaine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Sections __846 & 841(a)(1)__.

I further state that I am a **Special Agent with the Federal Bureau of Investigation** and that this complaint is based on the following facts:

**See attached Affidavit of Mark S. Karangekis.**

Continued on the attached sheet and made a part hereof: X Yes ☐ No

Signature of Affiant
**MARK S. KARANGEKIS**
**Special Agent - FBI**

Sworn to before me and subscribed in my presence,

February 23, 2004                         at        Boston, Massachusetts
Date                                                 City and State

CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                  Signature of Judicial Officer