UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Essex County

YOU ARE COMMANDED to have the body of Edwin Rodriguez now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 16, on the 5th floor, on February 26, 2004 at 10:00 a.m., for the purpose of an initial appearance in the case of United States of America v. Edwin Rodriguez, Magistrate Judge Number 04-1671-CBS. And you are to retain the body of said Edwin Rodriguez while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Edwin Rodriguez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 25th Day of February, 2004.


MARIANNE B. BOWLER
Chief United States Magistrate Judge

TONY ANASTAS, CLERK

By: _____/s/_____
SEAL          Dianalynn Saccoccio
              Deputy Clerk