◯AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MA_____

| United States | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | |
| Edwin Rodriguez | | | | | Case Number: 04-1671-CBS |

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Charles B. Swartwood, III | | | Levitt | | Markham |
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |
| 3/9/04 | | | 11:22 A | | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 3/9/04 | | | Agent Jeffrey Wood, Jr. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 3/9/04 | X | X | Affidavit of Mark |
| 2 | | 3/9/04 | X | X | Affidavit Charging dft with distributing crack cocaine |
| 3 | | 3/9/04 | X | X | Summary of Controlled Purchase of 12/5/2003 |
| 4 | | 3/9/04 | X | X | Excerpt of Video Tape |
| 5 | | 3/9/04 | X | X | Summary Draft of Translation of Video Tape |
| 6 | | 3/9/04 | X | X | Criminal Docket & Police Reports |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages