AO 442 (Rev. 5/93) Warrant for Arrest

*3-1-04*
*Kim*

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Edwin Rodriguez
AKA King Cholo

## WARRANT FOR ARREST

CASE NUMBER: 04-1671-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ———— Edwin Rodriguez, AKA King Cholo
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and distribution of cocaine base

in violation of
Title          21          United States Code, Section(s) 846 and 841(a)

_Charles B. Swartwood_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

_US Magistrate Judge_
Title of Issuing Officer

_2-23-04 @ Boston, MA._
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/26/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.